## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THE GOVERNMENT OF THE VIRGIN ISLANDS, BUREAU OF INTERNAL REVENUE<br><br>Petitioner,<br><br>v.<br><br>WILLIAM M LANSDALE, MARIANTHI LANSDALE LA ISLA VIRGEN, INC, MARINA PACIFICA OIL COMPANY, A California Corporation, and LONESOME DOVE PETROLEUM COMPANY, A California Corporation<br><br>Respondents. | Civil No. 2001-157 |
| EDWARD E. THOMAS, DIRECTOR VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE<br><br>Petitioner,<br><br>v.<br><br>LONESOME DOVE PETROLEUM CO.M a Texas Corporation<br><br>MARINA PACIFICA OIL COMPANY a California Corporation,<br><br>Respondents. | Civil No. 1992-079<br><br>PETITION FOR EQUITABLE AND APPOINTMENT OF RECIEVER UNDER INTERNAL REVENUE CODE SECS 7401 et. seq |

**Motion to Dismiss Rufus Rhoades from Show Cause Order or in the alternative an Order staying this matter during the pendency of the Respondents' Bankruptcy Proceedings.**

  **COMES NOW**, Rufus Rhoades (hereinafter referred to as *Mr. Rhoades*), by and through his counsel, Eszart Wynter, Sr., Esq, of the Law Offices of Eszart A. Wynter, Sr., P.C., hereby moves this Court for an Order Dismissing Rufus Rhoades from this Court's Order or in the alternative staying this matter until the conclusion of the respondents' bankruptcy proceeding.

  **WHEREFORE**, Mr. Rhoades prays that this Honorable Court enter an order finding that it has no jurisdiction, thereby dismissing him or in the alternative if it finds that it has jurisdiction over him, staying these proceedings during the pendency of the respondents' bankruptcy proceedings.

MOTION TO DISMISS
GOVERNMENT OF THE VI,ET.AL. vs. WILLIAMS LANDSDALE ET.AL.
Page 2

                                            **Respectfully Submitted,**

                                            **LAW OFFICES OF ESZART WYNTER, P.C.**
                                            **#27 ESTATE WHIM, P.O. BOX 1847**
                                            **FREDERIKSTED, U.SV.I. 00841**

**Dated: December 3, 2009**                **/s/_ Eszart Wynter, Sr., Esq._____**
                                            **ESZART A. WYNTER, SR., ESQ.**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of December, 2009, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Boyd L. Sprehn
Kevin McNulty
John Gibbons
Joanne E. Bozzuto
Vincent Frazer, Esq
Tamarah Parson-Smalls
James L. Hymes
Bart Higgins, Esq
Elliott McIver Davis
Kevin Rhames


/s/_____

Eszart Wynter, Jr.